UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:23-CV-02555-X |
| JOHN DOE, *subscriber assigned IP address 72.191.45.217,* | § § § § | |
| *Defendant.* | § § | |

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal filed November 25, 2024, (Doc. 18), it is hereby **ORDERED** that this entire action be **DISMISSED WITHOUT PREJUDICE**, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 3rd day of December, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE